O

                    **UNITED STATES DISTRICT COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**


| MARGARET MORRIS, an individual, | ) CV 08-5321 RSWL (JCx) |
|---|---|
| Plaintiff, | ) **ORDER Re: PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE [152]** |
| v. | ) |
| KENNETH ATCHITY, et al., | ) |
| Defendants. | ) |

On April 12, 2011, Plaintiff's Motion *in Limine* to Exclude Evidence came before this Court for regular calendar [152]. After considering all papers and arguments submitted, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff's Motion *in Limine* to Exclude Evidence is **GRANTED.**

Plaintiff requests this Court exclude the following pieces of evidence: 1) "Unidentified Book Excerpt, Exhibit 6 to Margaret Morris' Deposition," listed as

                                  1

exhibit number six on the Joint Plaintiff and Defendants' Exhibit List, and 2) "Morris Declaration 1/15/2010," listed as exhibit number 26 on the Joint Plaintiff and Defendants' Exhibit List.

The Court first finds that the "Unidentified Book Excerpt, Exhibit 6 to Margaret Morris' Deposition" is not properly authenticated pursuant to Federal Rule of Evidence 901. Fed. R. Evid. 901. Specifically, Defendants have failed to identify the Exhibit's origins, title, or author, and therefore Defendants have not provided sufficient evidence to authenticate this unidentified book excerpt. Accordingly, without proper authentication, the Court finds that this Exhibit is inadmissible pursuant to Federal Rule of Evidence 901.

Pursuant to Federal Rule of Evidence 403, the Court may exclude evidence if its probative value is substantially outweighed by the risk of prejudice, confusion to the jury or waste of time. See Fed. R. Evid. 403. See also United States v. Mende, 43 F.3d 1298, 1302 (9th Cir. 1995).

The Court finds that the "Morris Declaration 1/15/2010" is inadmissible pursuant to Federal Rule of Evidence 403. Specifically, this Declaration contains statements made by Plaintiff regarding the nature of Plaintiff's relationship with her former Counsel, and therefore the Court finds that the probative value of this Declaration is substantially outweighed by the

risk of unfair prejudice and confusion to the jury. Accordingly, the Court finds this Declaration is inadmissible pursuant to Federal Rule of Evidence 403.

DATED: April 25, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge
