JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaret Morris, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kenneth Atchity, et al.,<br><br>　　　　Defendants. | CV 08-5321 RSWL (JCx)<br><br>**JUDGMENT** |

Pursuant to the unanimous decision of the Jury documented upon the form of Verdict dated and signed April 20, 2011, by Presiding Juror:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. As to the First Cause of Action for Copyright Infringement, the Plaintiff, Margaret Morris, recovers nothing and the Defendants, Kenneth Atchity, Atchity Entertainment International, Sonic Age, Ltd. and The Writers Lifeline, Inc. shall recover their costs.

2. As to the Seventh Cause of Action for Breach of Implied Contract, the Plaintiff, Margaret Morris, recovers from the Defendant, Sonic Age, Ltd., the amount of Seventy Thousand Dollars ($70,000.00) plus post judgment interest at the rate of 0.24% plus costs.

3. As to the Seventh Cause of Action for Breach of Implied Contract, the Plaintiff, Margaret Morris, recovers nothing from Defendant The Writers Lifeline, Inc. and said Defendant shall recover its costs.

4. As to the Third Counterclaim for Defamation, the Counterclaimant, Kenneth Atchity, recovers from the Counterdefendant, Margaret Morris, the amount of One Dollar ($1.00) plus post judgment interest at the rate of 0.24% plus costs.

**IT IS SO ORDERED.**

Dated: June 22, 2011

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge