O

| | |
|---|---|
| Margaret Morris, | ) CV 08-5321 RSWL (JCx) |
| Plaintiff, | ) |
| vs. | ) **ORDER RE: DEFENDANTS'** |
| | ) **OBJECTIONS TO** |
| | ) **PLAINTIFF'S PROPOSED** |
| Kenneth Atchity, et al., | ) **JUDGMENT** |
| | ) |
| Defendants. | ) |
| | ) |
|_____| ) |

Defendants' Objections to Plaintiff's Proposed Judgment [184] are **SUSTAINED.**

Federal Rule of Civil Procedure 54(d) creates a presumption in favor of awarding costs to a prevailing party. Ass'n of Mexican-American Educators v. State of California, 231 F.3d 572, 591 (9th Cir. 2000); National Info. Servs., Inc. v. TRW, Inc., 51 F.3d 1470, 1471 (9th Cir. 1995).  The Court finds that Plaintiff's Proposed Judgment does not reflect the prevailing parties in this Action and the respective Parties who are entitled to recoup their costs pursuant to Federal

Rule of Civil Procedure 54(d).  Accordingly, the Final Judgment entered by this Court will include the payment of costs to the prevailing parties.

As such, the Court **SUSTAINS** Defendants' Objections to Plaintiff's Proposed Judgment.

**IT IS SO ORDERED.**

DATED: June 27, 2011

RONALD S.W. LEW

_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge