O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaret Morris, an individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>Kenneth Atchity, et al.,<br><br>           Defendants. | CV 08-5321 RSWL (JCx)<br><br>**ORDER** [202] |

    On July 22, 2011, Plaintiff Margaret Morris filed a Motion and Affidavit for Leave to Appeal In Forma Pauperis with this Court [202].  The Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS**:

    The Court **DENIES** Plaintiff's Motion and Affidavit for Leave to Appeal In Forma Pauperis.

    "[T]he privilege of proceeding in forma pauperis is a matter within the discretion of the trial court and in civil actions for damages should be allowed only in

1

1  exceptional circumstances." <u>Weller v. Dickson</u>, 314 F.2d
2  598, 600 (9th Cir. 1963).  The Court finds that
3  Plaintiff has failed to establish that "exceptional
4  circumstances" are present here in this Action.  As
5  such, the Court finds that Plaintiff has failed to
6  establish that she is entitled to an appeal in forma
7  pauperis in this civil action.

9  DATED: August 15, 2011
10 **IT IS SO ORDERED.**

13                    ──────RONALD S.W. LEW──────
14                    **HONORABLE RONALD S.W. LEW**
15                    Senior, U.S. District Court Judge