```
                                                            O
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Margaret Morris, | ) | CV 08-05321 RSWL (JCx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER RE: Plaintiff's Motion to Request Sealed Document #125, Exhibit 1 [222] and Plaintiff's Motion to Request Trial Exhibits [223]** |
| Kenneth Atchity, et al., | ) | |
| Defendants. | ) | |

  Before the Court is Plaintiff Margaret Morris's ("Plaintiff") Motion to Request Sealed Document #125, Exhibit 1 [222] and Motion to Request Trial Exhibits [223].  The Court **HEREBY FINDS AND RULES AS FOLLOWS:**

  Both Plaintiff and Defendants have appealed the ruling of the Court and such appeal is currently pending before the Ninth Circuit, Nos. CV 11-56248, 11-56829.  In order to develop her appeal brief for the Ninth Circuit Court, Plaintiff has brought a *pro se* request for sealed documents and Exhibits contained in the official District Court Record.  Specifically,

1  Plaintiff requests sealed Document #125, Exhibit 1,
2  which is allegedly a copy of the derivative
3  fictionalized novel at issue in this Action, and all
4  Trial Exhibits listed in Document #180 that are not
5  available for public view.
6     The Court finds that Plaintiff cannot properly
7  bring the aforementioned Motions as she is not the
8  attorney of record in this Action.  Fed. R. Civ. P.
9  11(a) ("Every pleading, written motion, and other paper
10 must be signed by at least one attorney of record in
11 the attorney's name—or by a party personally if the
12 party is unrepresented.").  Here, Plaintiff is not
13 unrepresented; Plaintiff's attorney of record is
14 currently K. Brian Matlock.  Accordingly, Plaintiff's
15 Motions are **DENIED** because they are not properly before
16 the Court.

18 **IT IS SO ORDERED.**
19 DATED: December 9, 2011

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge