O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET MORRIS, an individual | ) ) ) | CV 08-5321-RSWL (JCx) |
| Plaintiff, | ) ) | **ORDER** Re: Plaintiff's Motion to Prevent a |
| vs. | ) ) | Gross Miscarriage of Justice [228] |
| | ) ) ) | |
| KENNETH ATCHITY, et al., | ) ) | |
| | ) ) | |
| Defendants. | ) ) | |
| | ) | |

Currently before the Court is Plaintiff Margaret Morris's ("Plaintiff") Motion to Prevent a Gross Miscarriage of Justice: Relief Pursuant to Matters of Constitutional and Federal Laws [228]. The Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **DENIES** Plaintiff's Motion to Prevent a Gross Miscarriage of Justice. The current Action is stayed pending appeal before the Ninth Circuit, Case No. 11-56248. Pursuant to Federal Rule

1

1  of Civil Procedure 62.1, the Court has three options
2  when a motion is made for relief that the Court lacks
3  authority to grant due to a pending appeal: defer
4  considering the motion, deny the motion, or state that
5  it would grant the motion if the case were remanded or
6  that the Motion raises a substantial issue.  Fed. R.
7  Civ. P. 62.1.  The Court does not have the authority to
8  grant Plaintiff's Motion, and the Court finds that an
9  indicative ruling is inappropriate at this juncture.
10 Accordingly, the Court hereby **DENIES** Plaintiff's Motion
11 without prejudice.

13 **IT IS SO ORDERED.**
14 DATED: February 24 , 2012.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge