O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MORRIS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH ATCHITY, et al.,<br><br>Defendants. | CV 08-5321-RSWL (JCx)<br><br>**ORDER** Re: Plaintiff's Motion to Request a Remedy for Documentation Missing from the Docket [227] |

    Currently before the Court is Plaintiff Margaret Morris's ("Plaintiff") Motion to Request a Remedy for Documentation Missing from the Docket [227]. The Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

    The Court hereby **DENIES** Plaintiff's Motion to Request a Remedy for Documentation Missing from the Docket. The Court finds that the documents requested do not appear on the docket and cannot be provided to Plaintiff by the Court. Accordingly, the Court hereby

1 **DENIES** Plaintiff's Motion to Request a Remedy for
2 Documentation Missing from the Docket.
3
4 **IT IS SO ORDERED.**
5 DATED: February 24, 2012.
6
7                              RONALD S.W. LEW
                               _____
                               **HONORABLE RONALD S.W. LEW**
8                              Senior, U.S. District Court Judge