O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MORRIS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH ATCHITY, et al.,<br><br>Defendants. | CV 08-5321-RSWL (JCx)<br><br>**ORDER** Re: Motion to Withdraw as Counsel of Record Without Substitution [233] |

    Currently before the Court is Plaintiff Margaret Morris's ("Plaintiff") Counsel's Motion to Withdraw as Counsel of Record Without Substitution [233]. The Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

    Plaintiff's counsel requests that the Court allow for the withdrawal of K. Brian Matlock and Anne-Leith Matlock. Pursuant to the Court's ruling on February 24, 2012, all attorneys of record for Plaintiff have already been terminated, and Plaintiff is currently *pro*

1

*se* [232]. Therefore, the present Motion is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: March 13 , 2012.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2