O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET MORRIS, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>KENNETH ATCHITY, et al.,<br><br>    Defendants. | CV 08-5321-RSWL (JCx)<br><br>**ORDER** Re: Plaintiff's Motion to Request for Trial Exhibits [**239**], Motion to Request for Sealed Document [**240**], Request for Relief from Judgment [**241**], Motion to Compel the Defendants to Produce Copy [**243**] |

   Currently before the Court is Plaintiff Margaret Morris's ("Plaintiff") Motion to Request for Trial Exhibits [239], Motion to Request for Sealed Document [240], Request for Relief from Judgment [241], Motion to Compel the Defendants to Produce Copy [243].  The Court having reviewed all papers submitted pertaining to these Motions, **NOW FINDS AND RULES AS FOLLOWS:**

   The Court hereby **DENIES** Plaintiff's Motions.  This Action is currently on appeal before the Ninth Circuit, Case No. 11-56248.  Thus, the Court finds that it does

not have jurisdiction over such matters.  <u>Griggs v. Provident Consumer Disc. Co.</u>, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").  Accordingly, the Court hereby **DENIES** Plaintiff's Motions.

**IT IS SO ORDERED.**

DATED: April 9 , 2012.

                                  RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge