O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MORRIS, an individual<br><br>        Plaintiff,<br><br>  vs.<br><br><br>KENNETH ATCHITY, et al.,<br><br>        Defendants. | CV 08-5321-RSWL (JCx)<br><br>**ORDER** Re: Plaintiff's Motion for Indicators as it Concerns Remands [247] |

    Currently before the Court is Plaintiff Margaret Morris's ("Plaintiff") Motion for Indicators as it Concerns Remands [247]. The Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

    Plaintiff's Motion essentially requests a reconsideration of two previous Federal Rule of Civil Procedure 60(b) motions filed with this Court on December 19, 2011 [228] and March 7, 2012 [241]. The Court denied these prior motions on February 24, 2012,

1

1  and April 9, 2012, respectively, and explicitly
2  declined to make an indicative ruling [230, 245].  The
3  Court finds that Plaintiff has presented no reason for
4  the Court to revisit these rulings at this time.  As
5  such, the Court hereby **DENIES** Plaintiff's Motion for
6  Indicators.
7
8  **IT IS SO ORDERED.**
9  DATED: July 27, 2012.

        RONALD S.W. LEW

        _____
        **HONORABLE RONALD S.W. LEW**
        Senior, U.S. District Court Judge