O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET MORRIS, an individual, <br><br>            Plaintiff, <br><br>    vs. <br><br> KENNETH ATCHITY, et al., <br><br>            Defendants. | CV 08-5321-RSWL (JCx) <br><br> **ORDER** Re: Plaintiff's Motion to Seal Case [244] |

Currently before the Court is Plaintiff Margaret Morris's ("Plaintiff") Motion to Seal Case [244]. The Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **DENIES** Plaintiff's Motion to Seal Case. Plaintiff has failed to state a compelling reason for sealing the record. See <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that a party seeking to seal a judicial record bears the burden of overcoming a strong

presumption in favor of public access and must articulate compelling reasons supported by specific factual findings). In addition, the fact that this Action has been publicly accessible since its inception in 2008 supports a finding that sealing the record now would be unnecessary and ineffective. Accordingly, the Court hereby **DENIES** Plaintiff's Motion.

**IT IS SO ORDERED.**

DATED: July 27, 2012.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge